NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1457

MARCTEC, LLC,

Plaintiff-Appellant,

v.

JOHNSON & JOHNSON and CORDIS CORPORATION,

Defendants-Appellees.

Appeal from the United States District Court for the Southern District of Illinois in case no. 07-CV-825, Chief Judge David R. Herndon.

ON MOTION

O R D E R

MarcTec, LLC (1) submits a motion to stay proceedings pending entry of final judgment by the United States District Court for the Southern District of Illinois, (2) moves to withdraw the motion to stay, and (3) submits motions requesting extensions of time totaling 60 days, until November 20, 2009, to file its brief. MarcTec states that Johnson & Johnson et al. consent to all motions.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to withdraw the motion to stay is granted. The motion to stay is withdrawn.

(2)    The motions for extensions of time are granted.   No further extensions should be anticipated.

FOR THE COURT

SEP 2 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Eugene M. Gelernter, Esq.
       Garret A. Leach, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 9 2009

JAN HORBALY
CLERK